# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Annamae Casella | Case No.: 5:14-cv-00239-JGB-SP |
| Plaintiff, | |
| v. | **COURT ORDER AS TO PLAINTIFF'S NOTICE OF DISMISSAL** |
| ACH Recovery Associates and CashCall, Inc. | |
| Defendants. | |

## ORDER AS TO NOTICE OF DISMISSAL

Plaintiff's notice of dismissal pursuant to FRCP 41 is hereby approved. Accordingly, this matter is now closed and all future hearing dates and deadlines are vacated.

**IT IS SO ORDERED.**

Dated: 10/22/14

JUDGE
UNITED STATES DISTRICT COURT

1